IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 2: 53

_____ P. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| REGINALD EGGERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>05-2139-D/P</u> |
| | ) | |
| FEDERAL EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held June 16, 2005. Present were Reginald Eggerson, *pro se*, and Michael Gabel, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
July 13, 2005

**JOINING PARTIES:** August 13, 2005

**AMENDING PLEADINGS:** August 13, 2005

**INITIAL MOTIONS TO DISMISS:** September 13, 2005

**COMPLETING ALL DISCOVERY:** February 13, 2006

    **(a) DOCUMENT PRODUCTION:** February 13, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05



(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: February 13, 2006

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: December 13, 2005

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: January 13, 2006

    (3) **EXPERT WITNESS DEPOSITIONS**: February 13, 2006

**FILING DISPOSITIVE MOTIONS**: March 13, 2006

**OTHER RELEVANT MATTERS**:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately five (5) days.

    This case is appropriate for ADR. The parties are directed to engage in court-annexed mediation private mediation after the close of discovery.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 20, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02139 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Michael E. Gabel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg B, 2nd Floor
Memphis, TN 38125--880

Reginald Eggerson
3944 Elvis Presley
Apt. 2
Memphis, TN 38116

Honorable Bernice Donald
US DISTRICT COURT