IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 14  AM 6: 52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| REGINALD EGGERSON, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>FEDERAL EXPRESS CORPORATION, )<br>)<br>        Defendant. )<br>) | Civ. No. <u>05-2139-P</u> |

### ORDER FOR ADMISSION *PRO HAC VICE*

Upon motion by counsel, and for good cause shown, it is hereby ORDERED that George C. Wallace, staff attorney for Federal Express Corporation, Legal Department, Litigation, 3620 Hacks Cross Road, 3RD Floor, Bldg. B. Memphis, Tennessee 38125, is hereby admitted to the bar of this court *pro hac vice* for the purpose of acting as counsel for defendant Federal Express Corporation in the above-captioned matter.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

<u>November 10, 2005</u>
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on <u>11-14-05</u>



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02139 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Michael E. Gabel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg B, 2nd Floor
Memphis, TN 38125--880

Reginald Eggerson
3944 Elvis Presley
Apt. 2
Memphis, TN 38116

George C. Wallace
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, 3rd Floor, Bldg.
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT